# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax:  305-704-3877

November 19, 2019

> APPLICATION DENIED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 11/20/2019
>
> Plaintiff is directed to file the motion with the mediator. The Clerk is respectfully directed to close the open motions at Documents 49 and 50.

**VIA CM/ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square - Courtroom 706
New York, NY 10007

      **Re: Vuppala v. 998LQ Sushi, Inc., d/b/a Okinii, et al.**
         **Case Number: 1:18-cv-10696-VSB**

Dear Judge Broderick:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The mediation in this matter is scheduled for this Friday, November 22, 2019. As the Plaintiff is a wheelchair-bound paraplegic, undersigned counsel hereby respectfully requests that this Honorable Court grant the Plaintiff leave to appear at the upcoming mediation telephonically, especially in light of the current harsh freezing rainy weather currently forecasted for this Friday's mediation date, in which Plaintiff would need to travel roundtrip from his residence in Piscataway, New Jersey, while confined to his wheelchair, which is potentially unsafe in such rainy conditions. Plaintiff's counsel shall appear in-person at the mediation with full settlement authority, while Plaintiff will be available telephonically throughout the entire mediation, if permitted by the Court.

  This Court may wish to take notice that this is the first request for telephonic appearance by the Plaintiff in this action, for the good cause shown herein. Thank you for your attention to this request.

            Sincerely,

.            By: /S/ B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW 9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile: (305) 704-3877
              Email: bbw@weitzfirm.com