UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
KIRAN VUPPALA,

                    Plaintiff,

       -against-

998LQ SUSHI, INC., et al.,

                  Defendants.
---------------------------------------------------------X

18-cv-10696 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that a mediation in this case was held and agreement was reached on all issues. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: November 27, 2019
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge